IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FREEDOM PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, and VERIZON ONLINE, LLC,<br><br>    Defendants. | CIVIL ACTION NO. 4:23-cv-304-ALM<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

The parties have conferred regarding a proposed protective order and hereby submit an agreed protective order, attached as Exhibit A.

Dated: November 6, 2023                                              Respectfully submitted,


*/s/ Zachariah S. Harrington*                                         */s/ Ross R. Barton*
Matthew J. Antonelli                                                       Deron R Dacus
Texas Bar No. 24068432                                               ddacus@dacusfirm.com
matt@ahtlawfirm.com                                                    THE DACUS FIRM, PC
Zachariah S. Harrington                                                 821 ESE Loop 323
Texas Bar No. 24057886                                               Suite 430
zac@ahtlawfirm.com                                                      Tyler, TX 75701
Larry D. Thompson, Jr.                                                  Telephone: (903) 705.1117
Texas Bar No. 24051428                                               Facsimile: (903) 581.2543
larry@ahtlawfirm.com
Rehan M. Safiullah                                                        Ross R. Barton (NC Bar No. 37179)
Texas Bar No. 24066017                                               ross.barton@alston.com
rehan@ahtlawfirm.com                                                  ALSTON & BIRD LLP
                                                                                    Vantage South End
ANTONELLI, HARRINGTON &                                       1120 South Tryon Street
THOMPSON LLP                                                             Suite 300
4306 Yoakum Blvd., Ste. 450                                        Charlotte, NC 28203-6818
Houston, TX 77006                                                         Telephone: (704) 444-1000

1

(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com

THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for Plaintiff*
*Freedom Patents LLC*

Facsimile: (704) 444-1111

*Attorneys for Defendants Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Online, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff has complied with the meet and confer requirement in Local Rule CV-7(h) and conferred with Defendants' counsel, who confirm that this is a joint motion.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington

2